**The Diplomat Motel, Inc., an Illinois Corporation, Plaintiff-Appellant, v. The Plateau, Inc., an Illinois Corporation, et al., Defendants-Appellees.**

**Gen. No. 50,820.** ▉

First District, Second Division.

March 6, 1967.

▉ David Chaimovitz, of Chicago, for appellant; Max and Herman Chill and Hoffman & Davis, of Chicago, for appellee, The Plateau, Inc.; Rafferty, Scheele & Mackin, of Chicago (A. G. Scheele, of counsel), for appellee, Olympic Federal Savings and Loan Association, successor to Success Savings and Loan Association. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.